

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-10-00523-CR

JASON DALE HOLDER                                                    APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

----------

### FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

----------

### MEMORANDUM OPINION[1]

----------

Jason Dale Holder pled guilty to aggravated assault with a deadly weapon in exchange for a sentence of four years' confinement. The trial court's certification of appellant's right of appeal states that this is "a plea-bargained case and the defendant has NO right of appeal." We did not receive any response to our inquiry into this court's jurisdiction. Accordingly, because the

---

[1]*See* Tex. R. App. P. 47.4.

trial court's certification indicates that there is no right of appeal, we dismiss the appeal. *See* Tex. R. App. P. 25.2(a)(2), (d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  February 10, 2011